

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-24-00040-CR

EX PARTE CHRISTINE CURRY

On Appeal from the County Court
Deaf Smith County, Texas
Trial Court No. 19-0441, Honorable D.J. Wagner, Presiding

January 31, 2024

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Christine Curry, filed a notice of appeal from a *Judgment of Contempt*, wherein the trial court fined her one hundred dollars after she failed to appear as a witness for the State on October 30, 2023. Contempt orders, however, are not reviewable by direct appeal, regardless of whether the contempt finding is made in a separate judgment or included with other matters in a final judgment subject to appeal. *See Musgrove v. State*, 156 Tex. Crim. 606, 606–07 (1952); *Johnson v. Clark*, Nos. 07-11-00122-CV, 07-11-00334-CV, 2011 Tex. App. LEXIS 8593, at *3–4 (Tex. App.—Amarillo Oct. 28, 2011, no pet.) (mem. op.). Instead, a contempt order is reviewable only by a petition for writ of habeas corpus if the contemnor is confined or a petition for writ of mandamus if no

confinement is involved.  *See Johnson*, 2011 Tex. App. LEXIS 8593, at \*3–4*; Collins v. Kegans*, 802 S.W.2d 702, 705 (Tex. Crim. App. 1991) (orig. proceeding).

Because we are without jurisdiction to review the *Judgment of Contempt*, we dismiss the appeal for want of jurisdiction.[1]

Per Curiam

Do not publish.

---

[1] By letter of January 12, 2024, we directed Appellant to show how we have jurisdiction over this appeal.  However, Appellant has failed to file a response showing grounds for continuing the appeal.